1 | David Barkan (SBN 160825 / barkan@fr.com)
2 | Thomas B. Manuel (SBN 254186 / manuel@fr.com)
3 | FISH & RICHARDSON PC
500 Arguello Street, Suite 500
4 | Redwood City, CA  94063
Telephone: (650) 839-5070
5 | Facsimile: (650) 839-5071

6 | Attorneys for Plaintiffs
MAXIM INTEGRATED PRODUCTS, INC.,
7 | and VOLTERRA SEMICONDUCTOR LLC

Michael J. Bettinger (SBN 122196 / mike.bettinger@klgates.com)
K & L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111-5994
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendants
FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, CALUM MACRAE, LUIZ RAZERA, AMIT JAIN, THOMAS TRUMAN AND ROBERTO GUERRERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., and VOLTERRA SEMICONDUCTOR LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FAIRCHILD SEMICONDUCTOR INT'L, INC., FAIRCHILD SEMICONDUCTOR CORP., CALUM MACRAE, LUIZ RAZERA, AMIT JAIN, THOMAS TRUMAN and ROBERTO GUERRERO,<br><br>　　　　　Defendants. | Civil Action No. 3:14-cv-04391-MMC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER SELECTING ADR PROCESS** |

　　　Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

　　☐　　Non-binding Arbitration (ADR L.R. 4)
　　☒　　Early Neutral Evaluation (ENE)   (ADR L.R. 5)
　　☐　　Mediation (ADR L.R. 6)

Dated: December 19, 2014          /s/ David M. Barkan
                                                David M. Barkan
                                                Attorney for Plaintiffs

Dated: December 19, 2014          /s/ Michael J. Bettinger
                                                Michael J. Bettinger
                                                Attorney for Defendants

**[PROPOSED] ORDER**

**IT IS SO ORDERED:**

    ☒    The parties' stipulation is adopted and IT IS SO ORDERED.
    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: January 5, 2015          *[signature]*
                                     The Hon. Maxine Chesney
                                     UNITED STATES DISTRICT JUDGE

50967531.doc