1  MICHAEL J. BETTINGER (STATE BAR NO. 122196)
   mike.bettinger@klgates.com
2  RACHEL R. DAVIDSON (STATE BAR NO. 215517)
   rachel.davidson@klgates.com
3  K&L Gates LLP
   Four Embarcadero Center, Suite 1200
4  San Francisco, CA  94111-5994
   Telephone: (415) 882-8200
5  Facsimile: (415) 882-8220

6  Attorneys for Defendants
   FAIRCHILD SEMICONDUCTOR
7  INTERNATIONAL, INC.; FAIRCHILD
   SEMICONDUCTOR CORPORATION; CALUM
8  MACRAE; LUIZ RAZERA; AMIT JAIN;
   THOMAS TRUMAN; and ROBERTO GUERRERO
9
   DAVID M. BARKAN (STATE BAR NO. 160825)
10 barkan@fr.com
   THOMAS B. MANUEL (STATE BAR NO. 254186)
11 manuel@fr.com
   Fish & Richardson PC
12 500 Arguello Street, Suite 500
   Redwood City, CA 94063
13 Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
14
   Attorneys for Plaintiffs
15 MAXIM INTEGRATED PRODUCTS, INC.,
   & VOLTERRA SEMICONDUCTOR LLC
16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC. and VOLTERRA SEMICONDUCTOR LLC,<br><br>        Plaintiffs,<br><br>   vs.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., et al.,<br><br>        Defendants. | Case No. 3:14-cv-04391-MMC<br><br>**STIPULATION TO EXTEND TIME TO COMPLETE EARLY NEUTRAL EVALUATION AND [PROPOSED] ORDER** |

Plaintiffs Maxim Integrated Products, Inc. and Volterra Semiconductor LLC (collectively "Plaintiffs") and Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation, Calum MacRae, Luiz Razera, Amit Jain, Thomas Truman and Roberto Guerrero (collectively "Defendants") jointly submit this stipulation and proposed order requesting an extension of time to complete Early Neutral Evaluation.

On January 12, 2015, the Court issued a Case Management Order referring the case to the ADR unit for Early Neutral Evaluation to commence no later than April 30, 2015. [Dkt. # 30]. On February 17, 2015, the ADR unit appointed Samuel R. Miller as the Evaluator. [Dkt. # 31]  The parties had an initial phone conference with Mr. Miller on February 23, 2014.

The parties have been actively engaged in settlement discussions and are in the process of coordinating a search plan to facilitate potential resolution of this matter.  In order to provide adequate time for Plaintiffs and Defendants to complete their informal settlement efforts, the parties stipulate and request the following:

1. Plaintiffs and Defendants' deadline to complete Early Neutral Evaluation be extended from April 30, 2015 to September 30, 2015.

Respectfully submitted,

Dated:  March 5, 2015                K&L GATES LLP

By:___/s/ Rachel R. Davidson_____
Michael J. Bettinger
Rachel R. Davidson
Attorneys for Defendants
FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC.; FAIRCHILD SEMICONDUCTOR CORPORATION; CALUM MACRAE; LUIZ RAZERA; AMIT JAIN; THOMAS TRUMAN; and ROBERTO GUERRERO

Dated:  March 5, 2015					FISH & RICHARDSON P.C.


							By:	/s/ David M. Barkan
							David M. Barkan
							Attorneys for Plaintiffs
							MAXIM INTEGRATED PRODUCTS, INC. &
							VOLTERRA SEMICONDUCTOR LLC


### [PROPOSED] ORDER

The parties' joint request to continue the Early Neutral Evaluation deadline is granted.  The new deadline to complete Early Neutral Evaluation is September 30, 2015.

IT IS SO ORDERED.


Dated: March 9, 2015				_____
							Hon. Maxine M. Chesney
							United States District Court Judge