| | |
|---|---|
| David Barkan (SBN 160825 / barkan@fr.com)<br>Fish & Richardson PC<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Attorneys for Plaintiffs<br>MAXIM INTEGRATED PRODUCTS, INC.,<br>AND VOLTERRA SEMICONDUCTOR LLC | Michael J. Bettinger (SBN 122196)<br>mike.bettinger@sidley.com<br>Rachel R. Davidson (SBN 215517)<br>rachel.davidson@sidley .com<br>Sidley Austin, LLP<br>555 California St, Suite 1200<br>San Francisco, CA  94104<br>Telephone: (415)772-7479<br>Facsimile: (415) 772-7400<br><br>Attorneys for Defendants<br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, CALUM MACRAE, LUIZ RAZERA, AMIT JAIN, THOMAS TRUMAN AND ROBERTO GUERRERO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC. and VOLTERRA SEMICONDUCTOR LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>FAIRCHILD SEMICONDUCTOR INTERNATIONAL, INC., FAIRCHILD SEMICONDUCTOR CORPORATION, CALUM MACRAE, LUIZ RAZERA, AMIT JAIN, THOMAS TRUMAN and ROBERT GUERRERO,<br><br>    Defendants. | Case No. 14-cv-04391-MMC<br><br>JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER |

    Plaintiffs Maxim Integrated Products, Inc. ("Maxim") and Volterra Semiconductor LLC ("Volterra") and Defendants Fairchild Semiconductor International, Inc. and Fairchild Semiconductor Corporation (jointly "Fairchild") and Defendants Calum MacRae ("MacRae"), Luiz Razera ("Razera"), Amit Jain ("Jain"), Thomas Truman ("Truman"), and Roberto Guerrero ("Guerrero") (collectively the "Individual Defendants") are pleased to report that they have reached a settlement and are in the process of executing final documents.  They anticipate being able to file

1  dismissals prior to the scheduled December 18 case management conference and therefore request

2  that the Court take the case management conference off calendar.

3

4  Dated:  December 11, 2015                    Dated:  December 11, 2015

5  FISH & RICHARDSON P.C.                      K&L GATES LLP

6  By    */s/ David M. Barkan*                 By:    */s/ Rachel Davidson*
                                                        (with permission)
7         David M. Barkan                              Rachel Davidson

8  Attorneys for Plaintiffs                    Attorneys for Defendants
   MAXIM INTEGRATED PRODUCTS,                  FAIRCHILD SEMICONDUCTOR
9  INC. and VOLTERRA                           INTERNATIONAL, INC., FAIRCHILD
   SEMICONDUCTOR LLC                           SEMICONDUCTOR CORPORATION,
10                                             CALUM MACRAE, LUIZ RAZERA, AMIT
                                               JAIN, THOMAS TRUMAN and ROBERTO
11                                             GUERRERO

12

13

14  **CASE MANAGEMENT ORDER**

15      The above JOINT CASE MANAGEMENT STATEMENT is approved and the case

16  management conference scheduled for December 18 is taken off calendar. [In addition, the Court

17  makes the further orders stated below:]

18  IT IS SO ORDERED.

19

20  Dated:  December 11, 2015                  _____
                                               Hon. Maxine M. Chesney
21                                             United States District Court Judge

22

23

24

25

26

27

28